*412 Dissenting Opinion by
Weight, J.:
I would reverse the order suppressing tbe evidence. The search warrant was issued on the constable’s affidavit that gambling devices were concealed in a building occupied by J. Samolsky & Son located at 52 West Chestnut Street in the City of Washington, Pennsylvania. The fact that the devices were found in a rear portion of the basement allegedly occupied by Lester Samolsky does not in my view render the search and seizure unlawful. Lester Samolsky received his mail at 52 West Chestnut Street. The constable entered the premises at that address, and proceeded without difficulty through the front portion of the basement. There was no doubt as to the premises to be searched and the location thereof.
Eevin and Woodside, JJ., join in this dissenting opinion.